THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN BRENNAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN TRANSIT AUTHORITY, LONG ISLAND RAILROAD, METRO-NORTH RAILROAD, STATEN ISLAND RAILWAY, MTA CONSTRUCTION AND DEVELOPMENT, MTA REGIONAL BUS OPERATIONS, MTA BRIDGES AND TUNNELS, and NEW YORK CITY TRANSIT AUTHORITY,<br><br>Defendants. | Case No. 3:22-cv-00746 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is dismissed, without prejudice, against the Defendants Metropolitan Transit Authority, Long Island Railroad, Metro-North Railroad, Staten Island Railway, MTA Construction and Development, MTA Regional Bus Operations, MTA Bridges and Tunnels, and New York City Transit Authority, pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure.

In light of the posture of this litigation and related litigation now pending, Plaintiff intends to pursue his claims against the Defendants in the Eastern District of New York.

Dated: July 8, 2022
New Haven, Connecticut

**RESPECTFULLY SUBMITTED,
THE PLAINTIFF**

By: */s/ Stephen J. Fitzgerald*
Stephen J. Fitzgerald (*ct22939*)
Joshua R. Goodbaum (*ct28834*)
GARRISON, LEVIN-EPSTEIN,
FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425 / Fax: (203) 776-3965
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com

Michael J. Scimone (*pro hac vice to be filed*)
Rebecca L. Pattiz (*pro hac vice to be filed*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (212) 245-1000 / Fax: (646) 509-2060
mscimone@outtengolden.com
rpattiz@outtengolden.com

Matthew S. Parmet
PARMET PC
3 Riverway, Suite 1910
Houston, TX 77056
Tel.: (713) 999-5228 / Fax: (713) 999-1187
matt@parmet.law

*Attorneys for Plaintiff and the Putative
Class and Collective*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this  8th  day of July 2022, a copy of the foregoing was filed electronically *[and served by mail on anyone unable to accept electronic filing]*.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system *[or by mail to anyone unable to accept electronic filing]*.  Parties may access this filing through the Court's system.

               /s/ *Stephen J. Fitzgerald*
               Stephen J. Fitzgerald